**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE UNIVERSITY OF VERMONT, MEDICAL CENTER INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ALEX M. AZAR, II, Secretary, U.S. Department of Health & Human Services,<br><br>Defendant. | Case No. 1:19-cv-2763 (APM) |

**<u>JOINT MOTION TO ENTER BRIEFING SCHEDULE</u>**

Pursuant to the Court's order of January 31, 2020, the parties respectfully file this joint motion to enter a briefing schedule. In support of this motion, the parties state as follows:

1. Plaintiffs, a collection of thirty-two hospitals that participate in the Medicare program, filed this suit to challenge the validity of a regulation that governs the calculation of the reimbursement for their expenses in providing graduate medical training for resident physicians, 42 C.F.R. § 413.79(c)(2)(iii). Compl. ¶¶ 3, 4. In Plaintiffs' view, the regulation unlawfully reduces the reimbursement that would otherwise be owed to them under the Medicare statute for their expenses in training "fellows," that is, residents who continue their medical education beyond the minimum period needed for board certification. *Id.* ¶¶ 2, 3. Plaintiffs allege that, before filing suit, they appealed their reimbursement calculations at the agency level. *See id.* ¶ 33 (noting that Plaintiffs filed appeals with the Provider Reimbursement Review Board). Plaintiffs allege that the Board concluded that it had jurisdiction to hear their appeals, but that it granted them expedited judicial review because it did not have the authority to decide the legal question at the heart of Plaintiffs'

appeals. *See id.* ¶ 36. Thus, this case is "an action for review on an administrative record." LCvR 16.3(b)(1).

2. To facilitate the efficient resolution of case, the parties have conferred and agree to the following briefing schedule:

- Plaintiffs' motion for summary judgment: April 15, 2020
- Defendant's opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment: May 15, 2020
- Plaintiffs' reply in support of their motion for summary judgment and opposition to Defendant's cross-motion for summary judgment: June 10, 2020
- Defendant's reply in support of his cross-motion for summary judgment: July 10, 2020

3. As Defendant explained in his latest extension motion, *see* ECF No. 13 ¶ 4, he reserves the right to raise in the summary judgment briefing any defenses based on his review of the administrative record of the adjudicatory proceedings, which is not yet available.

4. The parties agree to hold in abeyance Defendant's obligation to answer the complaint pending resolution of their cross-motions for summary judgment.

The parties respectfully request that the Court enter the attached briefing schedule.

Dated: February 27, 2020

/s/ *Mark D. Polston*
Mark D. Polston, D.C. Bar No. 431233
Daniel J. Hettich, D.C. Bar No. 975262
Joel McElvain, D.C. Bar No. 448431
Alek Pivec, D.C. Bar No. 1046247
KING & SPALDING LLP
1700 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006
(202) 626-5540 (phone)
(202) 626-3737 (fax)
MPolston@kslaw.com

*Counsel for Plaintiffs*

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ERIC B. BECKENHAUER
Assistant Director

*/s/ Bradley Craigmyle*
BRADLEY CRAIGMYLE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 11216
Washington, D.C. 20005
Telephone: (202) 616-8101
Facsimile: (202) 616-8460
Bradley.T.Craigmyle@usdoj.gov

*Counsel for Defendant*